```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28604
   EDGAR D BASTIDA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-1894


----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/19/2005 and was confirmed 09/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.22%.

     The case was converted to chapter 7 after confirmation 12/22/2005.
----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         .00            .00            .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED            .00            .00
AMERICAN GENERAL FINANCI UNSECURED       NOT FILED            .00            .00
BANK ONE NATL BKCY DEPT  UNSECURED       NOT FILED            .00            .00
SMC                      UNSECURED          777.44            .00          25.77
COMMONWEALTH EDISON ~    UNSECURED       NOT FILED            .00            .00
HOME DEPOT               UNSECURED       NOT FILED            .00            .00
CITI CARDS               NOTICE ONLY     NOT FILED            .00            .00
MARSHALL FIELDS          UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED          536.32            .00          17.78
SEARS REGIONAL CREDIT CA UNSECURED       NOT FILED            .00            .00
T-MOBILE BANKRUPTCY      UNSECURED           87.06            .00            .00
TIMOTHY K LIOU           ATTORNEY         1909.20             .00        1909.20
JOHN VICK                DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                          115.85
DEBTOR REFUND            REFUND                                         2,585.45

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 4,654.05

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                         43.55
ADMINISTRATIVE                                 1,909.20
TRUSTEE COMPENSATION                             115.85
DEBTOR REFUND                                  2,585.45
                       ---------------     ---------------
TOTALS                   4,654.05               4,654.05

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 28604 EDGAR D BASTIDA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/06

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 28604 EDGAR D BASTIDA