UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BASTIDA, EDGAR | § | Case No. 05-28604 |
| | § | |
| Debtor(s) | § | |

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/07/2010 in Courtroom 642,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2010    By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
BASTIDA, EDGAR                      §       Case No. 05-28604
                                    §
         Debtor(s)                  §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,217.68 |
| *and approved disbursements of* | $ | 41.82 |
| *leaving a balance on hand of*[1] | $ | 11,175.86 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $ 343.76 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,375.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 101.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000003* | *T-Mobile USA* | $ 87.06 | $ 88.63 |
| *000004* | *Nicor Gas* | $ 536.32 | $ 545.97 |
| *000005* | *SMC - C/O - Carson Pirie Scott* | $ 751.67 | $ 765.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,265.68 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: choward              Page 1 of 1                   Date Rcvd: Mar 15, 2010
Case: 05-28604                 Form ID: pdf006            Total Noticed: 21

The following entities were noticed by first class mail on Mar 17, 2010.
 db          +Edgar D Bastida,    2432 South Austin Boulevard,    First Floor,    Cicero, IL 60804-2626
 aty         +John M Vick,    18th Street Legal Service,     4204 W North Avenue,    Chicago, IL 60639-4829
 tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
9600524       American General Finance,    Suite 2600,    20 North Clark Street,    Chicago, IL  60602-5106
9600525      +Bank One,    201 North Central Avenue,    Phoenix, AZ 85004-0073
9600522       Bastida Edgar D,    First Floor,    2432 South Austin Boulevard,    Cicero, IL  60804-2626
9600526      +Carson Pirie Scott,    Box 17633,    Baltimore, MD 21297-1633
9600527      +Citi Cards,    Box 6401,    The Lakes, NV 88901-6401
9600529      +Countrywide Home Loans,    Bankruptcy PTX-32,    6400 Legacy Drive,    Plano, TX 75024-3609
9722709      +Deutsche Bank National Trust Company as Trustee,    c/o Countrywide Home Loans, Inc.,
               7105 Corporate Drive,    PTX-C-32,    Plano, TX 75024-4100
9600530      +Fisher & Fisher,    Suite 2520,    120 North La Salle Street,    Chicago, IL 60602-2464
9600531       Home Depot,    Credit Card Billing,    Box 103072,    Roswell, GA  30076
9600523      +Law Office Of Timothy K Liou,    Suite 361 575 West Madison Street,    Chicago, IL 60661-2614
9600532       Marshall Field's,    Box 59231,    Minneapolis, MN  55459-0231
9600533       Nicor Northern Illinois Gas,    Box 310,    Aurora, IL  60507-0310
9723432      +SMC - C/O - Carson Pirie Scott,    P O Box 19249,    Sugar Land TX 77496-9249
9600534      +Sears Regional Credit Card,    Operations Center,    Box 3671,    Des Moines, IA 50323-0671
9600535      +T-Mobile,    Box 742596,    Cincinnati, OH 45274-2596
9970265       T-Mobile USA,    Attn: Bankruptcy Dept.?,    P.O. Box 37380,    Albuquerque, NM  87176-7380

The following entities were noticed by electronic transmission on Mar 15, 2010.
9600528       E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
               Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL  60523-1559
10478965     +E-mail/Text: bankrup@nicor.com                          Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 17, 2010**                **Signature:**  *Joseph Speetjens*