UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                           §
                                                 §
BASTIDA, EDGAR                                   §        Case No. 05-28604
                                                 §
_____Debtor(s)_____                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter _____ on _____, and it was converted to chapter 7 on _____. The case was pending for _____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/GINA B. KROL_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Edgar Bastida |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CountryWide |  |  |  |  |  |
| 000001 | DEUTSCHE BANK NATIONAL TRUST COMPAN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance | | | | | |
| | Bank One | | | | | |
| | Commonwealth Edison | | | | | |
| | Home Depot | | | | | |
| | Marshall Field | | | | | |
| | Sears | | | | | |
| 000004 | NICOR GAS | | | | | |
| 000002 | SMC - C/O - CARSON PIRIE SCOTT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | SMC - C/O - CARSON PIRIE SCOTT | | | | | |
| 000003 | T-MOBILE USA | | | | | |
| | EDGAR BASTIDA | | | | | |
| | NICOR GAS | | | | | |
| | SMC - C/O - CARSON PIRIE SCOTT | | | | | |
| | T-MOBILE USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 05-28604  Doc 58  Filed 02/17/11  Entered 02/17/11 09:40:55  Desc Main
           INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
                   Document      Page 7 of 12
                          ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-28604 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | BASTIDA, EDGAR | | | | Date Filed (f) or Converted (c): | 12/22/05 (c) |
| | | | | | 341(a) Meeting Date: | 02/16/06 |
| For Period Ending: 02/03/11 | | | | | Claims Bar Date: | 05/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds On Hand with Chapter 13 Trustee (u) | 0.00 | 11,000.15 | | 11,000.15 | 0.00 |
| 2. Real estate | 320,000.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 217.94 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $320,800.00      $11,000.15      $11,218.09      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will submit her TDR to UST for review

Initial Projected Date of Final Report (TFR): 05/31/07      Current Projected Date of Final Report (TFR): 12/31/10

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

LFORM1                                                                                                                              Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-28604 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BASTIDA, EDGAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3158  BofA - Money Market Account |
| Taxpayer ID No: | *******3787 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/06 | 1 | Tom Vaugn<br>Chapter 13 Trustee<br>P.O. Box 2937<br>Chicago, IL  60690 | | 1229-000 | 11,000.15 | | 11,000.15 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.58 | | 11,000.73 |
| 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 5.73 | 10,995.00 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.34 | | 11,004.34 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.04 | | 11,013.38 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.36 | | 11,022.74 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.06 | | 11,031.80 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.37 | | 11,041.17 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.38 | | 11,050.55 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.08 | | 11,059.63 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.40 | | 11,069.03 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.10 | | 11,078.13 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.40 | | 11,087.53 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.42 | | 11,096.95 |
| 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 8.56 | 11,088.39 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.51 | | 11,096.90 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.42 | | 11,106.32 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.13 | | 11,115.45 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.44 | | 11,124.89 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.14 | | 11,134.03 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.46 | | 11,143.49 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.46 | | 11,152.95 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.10 | | 11,160.05 |

Page Subtotals        11,174.34        14.29

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2   Exhibit 9

| Case No: | 05-28604 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | BASTIDA, EDGAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3158 BofA - Money Market Account |
| Taxpayer ID No: | *******3787 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.12 | | 11,167.17 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.97 | | 11,173.14 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 5.34 | | 11,178.48 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.43 | | 11,182.91 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 10.52 | 11,172.39 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.66 | | 11,175.05 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.64 | | 11,177.69 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.29 | | 11,179.98 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.41 | | 11,181.39 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.38 | | 11,182.77 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.42 | | 11,184.19 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.42 | | 11,185.61 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.38 | | 11,186.99 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.09 | | 11,188.08 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.92 | | 11,189.00 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.56 | | 11,189.56 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,189.65 |
| 02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 8.71 | 11,180.94 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,181.03 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,181.13 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 11,181.38 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,181.66 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,181.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,182.22 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,182.50 |

Page Subtotals        41.68        19.23

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-28604 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | BASTIDA, EDGAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3158 BofA - Money Market Account |
| Taxpayer ID No: | *******3787 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,182.78 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,183.06 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,183.34 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,183.62 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,183.90 |
| 02/09/10 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 8.30 | 11,175.60 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 11,175.86 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 11,176.15 |
| 04/14/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 11,176.27 |
| 04/14/10 | | Transfer to Acct #*******0105 | Final Posting Transfer | 9999-000 | | 11,176.27 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 11,218.09 | 11,218.09 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 11,176.27 | |
| Subtotal | | 11,218.09 | 41.82 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 11,218.09 | 41.82 | |

Page Subtotals       2.07       11,184.57

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 16.01c

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 05-28604 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | BASTIDA, EDGAR | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0105  BofA - Checking Account |
| Taxpayer ID No: | *******3787 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/10 | | Transfer from Acct #*******3158 | Transfer In From MMA Account | 9999-000 | 11,176.27 | | 11,176.27 |
| 04/14/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 343.76 | 10,832.51 |
| 04/14/10 | 003002 | T-Mobile USA<br>Attn: Bankruptcy Dept.?<br>P.O. Box 37380<br>Albuquerque, NM  87176-7380 | Claim 000003, Payment 101.80335%<br>(3-1) Unpaid Services Performed | | | 88.63 | 10,743.88 |
| | | | Claim            87.06 | 7100-900 | | | |
| | | | Interest            1.57 | 7990-000 | | | |
| 04/14/10 | 003003 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000004, Payment 101.80303% | | | 545.99 | 10,197.89 |
| | | | Claim           536.32 | 7100-900 | | | |
| | | | Interest            9.67 | 7990-000 | | | |
| 04/14/10 | 003004 | SMC - C/O - Carson Pirie Scott<br>P O Box 19249<br>Sugar Land TX 77496 | Claim 000005, Payment 101.80265% | | | 765.22 | 9,432.67 |
| | | | Claim           751.67 | 7100-900 | | | |
| | | | Interest           13.55 | 7990-000 | | | |
| 04/14/10 | 003005 | Edgar Bastida<br>c/o Mr. John Vick<br>505 N. Lake Shore Drive<br>Chicago, IL 60611 | Surplus | | | 9,432.67 | 0.00 |
| | | | Claim         9,265.68 | 8200-002 | | | |
| | | | Interest          166.99 | 7990-000 | | | |

Page Subtotals       11,176.27       11,176.27

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.01c

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-28604 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | BASTIDA, EDGAR | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0105  BofA - Checking Account |
| Taxpayer ID No: | *******3787 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 11,176.27 | 11,176.27 | 0.00 |
| Less: Bank Transfers/CD's | 11,176.27 | 0.00 | |
| Subtotal | 0.00 | 11,176.27 | |
| Less: Payments to Debtors | | 9,432.67 | |
| Net | 0.00 | 1,743.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| BofA - Money Market Account - ********3158 | 11,218.09 | 41.82 | 0.00 |
| BofA - Checking Account - ********0105 | 0.00 | 1,743.60 | 0.00 |
| | 11,218.09 | 1,785.42 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/   GINA B. KROL_____   Date: 02/03/11
GINA B. KROL

Page Subtotals       0.00       0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.01c

LFORM24